AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF  Vermont

FILED 2-25-08 BY ____ [Deputy Clerk]

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| V. | |
| WILLIAM JAMES DUNN, JR. | Case Number: 2:08-mj-14-1 |

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **2/24/2008** (Date) in **Chittenden** County, in the _____ District of **Vermont** defendant(s) did,

*(Track Statutory Language of Offense)*

possess a firearm, as a convicted felon,

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am a(n) **Special Agent, ATF** (Official Title) and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part of this complaint:  ☑ Yes  ☐ No

_____
Signature of Complainant

David W. Campbell
Printed Name of Complainant

Sworn to before me and signed in my presence,

2/25/08  at  Burlington, Vermont
Date           City           State

William K. Sessions III        U.S. District Judge
Name of Judge                  Title of Judge

_____
Signature of Judge

## AFFIDAVIT

I, David W. Campbell, having been duly sworn, depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). For approximately eight years I have been employed in ATF's Burlington, Vermont, Field office. This affidavit sets forth probable cause to believe that William James Dunn, Jr. possessed a firearm as a felon, in violation of 18 U.S.C. § 922(g)(1). The following facts are either known to me personally or have been related to me by persons having direct knowledge. This affidavit does not include all facts known to law enforcement about this matter.

2. On February 10, 2008, at approximately 12:28 a.m., Bob's Gun Shop in Georgia, Vermont was burglarized. Bob's Gun Shop is a Federal Firearms Licensee. Twelve handguns were stolen, including several Taurus .38 cal. six-shot revolvers. Taurus firearms are manufactured outside of the State of Vermont.

3. Christopher Rosenberger was identified as a suspect in the above burglary. He was interviewed and cooperated. Rosenberger provided information leading to the issuance of a Federal search warrant on Tyler Bushey's home in Milton, Vermont. Three of the stolen firearms were recovered. Bushey was arrested for possessing stolen firearms.

4. Rosenberger admitted to assisting Bushey in the burglary of Bob's Gun Shop. He stated that as compensation, he received from Bushey a stolen Taurus, .38 cal. six-shot revolver. Rosenberger stated that he sold the revolver to James Dunn at Dunn's apartment on King Street in Burlington, Vermont for $100. He stated that he told Dunn the firearm had been stolen in the burglary. On February 21, 2008, Rosenberger's girlfriend Tracy Myers told ATF agents that she was present when Rosenberger sold the handgun to "James" for $100 at "James'" apartment in Burlington.

5. On February 24, 2008, Dunn was arrested by ATF Agents for the offense of Possession of a Firearm by a Convicted Felon. During an interview, Dunn admitted purchasing the .38 cal. Taurus, knowing that it was stolen. He said that he bought it from Rosenberger at Dunn's Burlington apartment for $100.

6. Vermont Criminal Information Center records indicate that in April, 2007 Dunn was convicted of felony Sale of a Depressant/Stimulant/Narcotic, less than 100 grams, in Chittenden County District Court, Docket #1806-4-06.

Dated at Burlington, in the District of Vermont, this 25th day of February, 2008.

_____
David W. Campbell
Special Agent, ATF

Sworn to and subscribed before me this 25th day of February, 2008.

_____
WILLIAM SESSIONS, III
United States District Court Judge

2